**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Laura Supanich (SBN 314805)
lms@melmedlaw.com
Maria Burciaga (SBN 334545)
mb@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff LATIFA ZISKIN

**FORD & HARRISON LLP**
Jennifer S. McGeorge (SBN 221679)
jmcgeorge@fordharrison.com
Jason Shon (SBN 306198)
jshon@fordharrison.com
350 South Grand Avenue, Suite 2300
Los Angeles, California 90071
Phone: (707) 524-7000
Fax: (707) 255-6876

Attorneys for Defendant BONPOINT USA INC.

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATIFA ZISKIN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BONPOINT USA INC., a New York corporation; and DOES 1 TO 50,<br><br>　　　　Defendants. | Case Number: 2:23-cv-02355-JLS-PVC<br><br>**ORDER**<br><br>Action Filed:　　February 22, 2023<br>Date of Removal:　March 29, 2023 |

1 | The Court having reviewed the Stipulation of Voluntary Dismissal of Action Pursuant to Federal Rule of Civil Procedure 41(a), and with good cause appearing, hereby ORDERS as follows:

    1. Plaintiff's action is dismissed in its entirety, with prejudice, and with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: August 9, 2023

JOSEPHINE L. STATON
_____
Hon. Josephine L. Staton